**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

      V.                              **CASE NO.   4:01cr61**

**MOZELLA GAINOUS, JR.**

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On May 16, 2005, this matter was heard before the Court in a violation hearing based on a petition alleging the defendant violated conditions of his supervised release by associating with a convicted felon without the permission of his probation officer and by failing to follow the instructionsof the probation officer.   The defendant admitted to the violations and was found, by the Court, to be in violation of his supervised release.

Accordingly, it is **ORDERED**:

1.   The defendant shall perform 20 hours of community service at the direction of the U.S. Probation Officer.

2.   In addition, the previous restriction on the defendant's association with Veverly McMillian  is lifted and the defendant and Ms. McMillian may now associate with each other.

3.   All other terms and conditions of probation as imposed on February 11, 2002, shall remain in effect.

**DONE AND ORDERED** this 24th day of May 2005, nunc pro tunc May 16, 2005.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge