IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 4:01cr61-SPM

MOZELLA GAINOUS, JR.

     Defendant.
_____/

### ORDER CONTINUING VIOLATION HEARING

Upon consideration, Defendant's Motion to Continue (doc. 39) is granted. The violation hearing is reset for October 15, 2007, at 1:30 p.m., at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 7th day of August, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge