UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  4:01cr00061-SPM/WCS

MOZELLA GAINOUS, JR.
_____/

## WRIT OF EXECUTION

In consideration of the Government's Petition for Writ of Execution and the restitution order in this case, and finding good cause therefor,

IT IS HEREBY ORDERED that the United States Marshal Service shall levy upon the property listed below which is in the custody of Mozella Gainous, Jr., at 1937 Setting Sun Trail, Tallahassee, Florida 32303:

       1999 Mercedes-Benz ML 320, Black, 4 Door
       Vehicle Identification Number 4JGAB54E5XA097178,
       Florida Tag G112UX;
       Registration Date: September 30, 2008
       Title Number 76804135

       1995 Ford Econo E250 Super Car - 4.9L L6 EFI Cargo Van, White
       Vehicle Identification Number 1FTFS24Y7SHB98225
       Florida Tag S563QP
       Registration Date: December 31, 2008
       Title Number 69774259

       1999 Chevrolet 2500 Express/Chevy V - 5.7L V8 SFI Van, White
       Vehicle Identification Number 1GCGG25R2X1072903
       Florida Tag C331TB
       Registration Date: December 31, 2008
       Title Number 77308708

      2000 Ford Econo E350 Cargo Inc, Yellow
      Vehicle Identification Number 1FDWE35LXYHA64104
      Florida Tag B170MC
      Registration Date: December 31, 2008
      Title Number 80548501

      1998 Ford Mustang, 2-Door Coupe, Red
      Vehicle Identification Number 1FAFP4045WF274144
      Florida Tag M951XQ
      Registration Date: May 15, 2009
      Title Number 89928788

      1953 Chevrolet 2 Door, Black
      Vehicle Identification Number H53A027198
      Florida Tag M742IG
      Registration Date: February 12, 2009
      Title Number 102128562

      IT IS FURTHER ORDERED that the United States Marshal Service shall serve a copy of this Writ, and the Clerk's Notice of Execution upon the debtor, Mozella Gainous, Jr., at 1927 Setting Sun Trail, Tallahassee, Florida 32303.

      IT IS FURTHER ORDERED that the United States Marshal Service shall return the Writ to the Court within five days of the levy with an endorsement of the date and time of the levy, a description of the property and action taken thereon.

      IT IS FURTHER ORDERED that the United States Marshal shall record any costs, expenses and fees incurred, and the United States Marshal may recover their costs from the funds secured from the sale.

      IT IS FURTHER ORDERED that the United States Marshal and the United States Attorney shall serve the defendant and all persons having an interest in the

property with a copy of the Petition, this Writ and the Clerk's Notice of Execution.

DONE and ORDERED this   6th   day of August, 2009.

*s/ Stephan P. Mickle*
STEPHAN P. MICKLE
Chief United States District Judge

---

Marshal's Return

Date and Hour Writ received: _____

Date and Hour Writ executed: _____

Description of property and action taken: _____

_____

_____

_____

_____

Marshal's costs, expenses and fees: _____

_____

Date of Return: _____

Dennis A. Williamson
United States Marshal

By: _____