UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  4:01cr61-SPM/WCS

MOZELLA GAINOUS, JR.

    Defendant.
_____/

## ORDER AUTHORIZING SALE OF PROPERTY

On August 26, 2009, at Defendant's request, the Court held a hearing in accordance with 28 U.S.C. § 3202(d). Defendant conceded that he had no valid claim of exemption. There are no other issue that would prohibit the Government from proceeding with the sale of the seized property.

IT IS HEREBY ORDERED that the Government may proceed with the sale of the property in accordance with 28 U.S.C. § 3202(e).

DONE AND ORDERED this 31st day of August, 2009.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge